**LAND–CELLULAR CORPORATION,**
a Florida corporation, Plaintiff–
Appellee,

**Robert Moses, Plaintiff,**

v.

**Frank ZOKAITES, Defendant–
Appellant.**

No. 07–11419.

United States Court of Appeals,
Eleventh Circuit.

Feb. 20, 2008.

Jeffrey A. Hulton, Pittsburgh, PA, for
Defendant–Appellant.

Eric N. Assouline, Assouline & Berlowe,
P.A., Dania, FL, for Plaintiff–Appellee.

Before ANDERSON and BARKETT,
Circuit Judges, and TRAGER,* District
Judge.

PER CURIAM:

After careful consideration, we conclude
that this Court does have jurisdiction of
this appeal. We also conclude that the
district court erred in dismissing Zokaites'
claims with prejudice. The agreement to
submit claims to arbitration was limited to
disputes relating to the distribution of the
remaining proceeds from CalAmp and the
distribution of proceeds from the sale of
the remaining assets. Of course, if the
distributions from the Escrow Agreement

(which of course may involve issues that
have to be arbitrated) are sufficient to pay
Zokaites' claims in full, then the remaining
claims in the court proceeding may well be
moot. On the other hand, if Zokaites is
not thus paid in full, he should be permit-
ted to litigate his claims in the court pro-
ceeding, including in particular his claims
based upon the personal guarantee of Mo-
ses.

Accordingly, the judgment of the district
court is reversed, and the case is remand-
ed for further proceedings not inconsistent
with this opinion.

**REVERSED and REMANDED.**

* Honorable David G. Trager, United States Dis-
trict Judge for the Eastern District of New